**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | International Alliance Group and Triten Corporation v. Koch Industries, Inc., Koch Engineered Solutions, LLC, and David Dotson |
| Appellate case number: | 01-20-00832-CV |
| Trial court case number: | 2020-35773 |
| Trial court: | 215th Judicial District Court of Harris County, Texas |

Appellees Koch Industries, Inc., Koch Engineered Solutions, LLC, and David Dotson's unopposed motion to extend deadline to move for rehearing or en banc reconsideration, filed on August 11, 2022, is **GRANTED**. Any motion for rehearing or en banc reconsideration of our August 2, 2022 opinion is due by **September 13, 2022**.

It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra
               ☒ Acting individually    ☐ Acting for the Court

Date: August 18, 2022